THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONG GYU PARK and KYEONG HEE LEE, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>SUNG LEE KIM and JULIA Y. KIM, husband and wife, and their marital community; and LANDMARK INVESTMENT CONSTRUCTION, INC., a Washington for profit corporation,<br><br>Defendants. | No. 2:23-cv-00387-BJR<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |

Pursuant to Local Civil Rules 7(j) and 10(g), Defendants Sung Lee Kim, Julia Y. Kim, and Landmark Investment Construction, Inc., and Plaintiffs Dong Gyu Park and Kyeong Hee Lee hereby submit this stipulated motion to extend Defendants' time to move, plead, or otherwise respond to Mr. Park and Ms. Lee's Complaint to May 12, 2023.

WHEREAS, Plaintiffs served Defendant Landmark Investment Construction, Inc. ("Landmark") with their Amended Complaint on March 23, 2023 and, pursuant to Fed. R. Civ.

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Cause No. 2:23-cv-00387-BJR) – Page 1

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

P. 12(a)(1)(A)(i), Landmark's current deadline to move, plead, or otherwise respond to the Complaint is April 13, 2023.

WHEREAS, Plaintiffs served Defendants Sung Lee Kim and Julia Y. Kim with their Amended Complaint on March 24, 2023 and, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. and Ms. Kim's current deadline to move, plead, or otherwise respond to the Complaint is April 14, 2023.

WHEREAS, good cause exists to extend the deadline for all Defendants to move, plead, or otherwise respond to the Complaint to May 12 because the extension will allow the parties to continue discussions regarding potential alternatives to litigating in federal court and would potentially avoid the need to expend resources on filings that would be unnecessary if the parties reach agreement on potential alternatives.

WHEREAS, this stipulated motion is filed in good faith and not for the purposes of delay, and will not alter any dates or schedules previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiffs and Defendants, subject to the Court's approval, that the deadline for Defendants to move, plead, or otherwise respond to Plaintiffs' Complaint is extended to May 12, 2023.

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Cause No. 2:23-cv-00387-BJR) – Page 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED: April 14, 2023

s/ *Steven W. Fogg*, WSBA #23528
s/ *Todd T. Williams*, WSBA #43052
Corr Cronin LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
E-mail: sfogg@corrcronin.com
E-mail: twilliams@corrcronin.com

*Attorneys for Defendants Sung Lee Kim and Julia Y. Kim.*

/s/ *Blair M. Russ*, WSBA #40374
Tomlinson Bomsztyk Russ LLP
1000 Second Avenue, Suite 3660
Seattle, WA 98104
Telephone: (206) 621-1871
Facsimile: (206) 621-9907
Email: bmr@tbr-law.com

*Attorney for Defendant Landmark Investment Construction*

s/ *Todd S. Fairchild*, WSBA #17654
s/ *Shawn Larsen-Bright*, WSBA #37066
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
Email: fairchild.todd@dorsey.com
E-mail larsen.bright.shawn@dorsey.com

*Attorneys for Plaintiffs Dong Gyu Park and Kyeong Hee Lee*

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Cause No. 2:23-cv-00387-BJR) – Page 3

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

**IT IS SO ORDERED**

DATED this 13th day of March, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (Cause No. 2:23-cv-00387-BJR) – Page 4

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900