THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONG GYU PARK AND KYEONG HEE LEE, HUSBAND AND WIFE, AND THEIR MARITAL COMMUNITY,<br><br>Plaintiffs,<br><br>vs.<br><br>SUNG LEE KIM and JULIA Y. KIM, husband and wife, and their marital community; and LANDMARK INVESTMENT CONSTRUCTION, INC., a Washington for profit corporation,<br><br>Defendants. | CIVIL ACTION No. 2:23-cv-00387-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE THE PERSONAL REPRESENTATIVE OF THE ESTATE OF SUNG LEE KIM AS A DEFENDANT** |

This matter came on regularly before this Court on Plaintiffs' Unopposed Motion to Substitute the Personal Representative of the Estate of Sung Lee Kim as a Defendant ("Motion"). The Court has considered the Motion and is otherwise fully apprised. The motion is not opposed by the Defendants or by the Personal Representative of the Estate of Sung Lee Kim, all of whom have waived notice of presentation.

Now, therefore, it is hereby ORDERED that the Motion is GRANTED. The Personal Representative of the Estate of Sung Lee Kim is hereby substituted as a Defendant in this action in place of Defendant Sung Lee Kim.

ORDER SUBSTITUTING PARTY - 1
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

SO ORDERED this 1st day of February, 2024.

_Barbara J Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

**Presented by:**

DORSEY & WHITNEY LLP

_s/ Todd S. Fairchild_
Todd S. Fairchild, WSBA #17654
Shawn Larsen-Bright, WSBA #37066
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Telephone: (206) 903-8800
Facsimile: (206) 903-8820
Emails: fairchild.todd@dorsey.com
         larsen.bright.shawn@dorsey.com

*Attorneys for Plaintiffs Dong Gyu Park and Kyeong Hee Lee*

**Notice of presentation is waived:**

| CORR CRONIN LLP | TOMLINSON BOMSZTYK RUSS |
|---|---|
| _s/ Todd T. Williams_ | _s/ Blair M. Russ_ |
| Steven W. Fogg, WSBA #23528 | Blair M. Russ, WSBA #40374 |
| Todd T. Williams, WSBA #43052 | Tomlinson Bomsztyk Russ |
| Spencer McCandless, WSBA #60871 | 1000 Second Avenue, Suite 3660 |
| Corr Cronin LLP | Seattle, Washington 98104 |
| 1015 Second Avenue, 10th Floor | Telephone: (206) 621-1871 |
| Seattle, WA 98104-1001 | Facsimile: (206) 621-9907 |
| Telephone: (206) 625-8600 | Email: bmr@tbr-law.com |
| Facsimile: (206) 625-0900 | |
| E-mails: sfogg@corrcronin.com | *Attorneys for Defendant Landmark Investment Construction Inc.* |
| twilliams@corrcronin.com | |
| smccandless@corrcronin.com | |

*Attorneys for Defendants Julia Y. Kim and the Estate of Sung Lee Kim*

ORDER SUBSTITUTING PARTY - 2
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820