THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONG GYU PARK and KYEONG HEE LEE, husband and wife, and their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF SUNG LEE KIM and JULIA Y. KIM; and LANDMARK INVESTMENT CONSTRUCTION, INC., a Washington for profit corporation,<br><br>Defendants. | No. 2:23-cv-00387-BJR<br><br>STIPULATION AND ORDER CANCELLING LIS PENDENS |

**STIPULATION**

IT IS HEREBY STIPULATED by Plaintiffs and Defendants, by and through their respective attorneys, that the Lis Pendens filed by Plaintiffs in connection with this action and recorded in Whatcom County, Washington bearing recording number 2023-0301253 and regarding Assessors Property Tax Parcel number 370307 252499 0000, with Abbreviated Legal Description: Lot 1-8, Blk 5, Lots 1-15, blk 6, Francis Addn to Bellingham, b 1, p 69

STIPULATION AND ORDER
CANCELLING LIS PENDENS
(Cause No. 2:23-cv-00387-BJR) – Page 1

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

(plat), is hereby canceled and released such that it no longer encumbers the property identified.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED.

DATED this 13th day of March, 2024.

| | |
|---|---|
| CORR CRONIN LLP | DORSEY & WHITNEY LLP |
| | *(per email authority on 3/12/24)* |
| *s/Todd T. Williams* | *s/Todd S. Fairchild* |
| Steven W. Fogg, WSBA No. 23528 | Todd S. Fairchild, WSBA #17654 |
| Todd T. Williams, WSBA No. 43052 | Shawn Larsen-Bright, WSBA #37066 |
| Spencer McCandless, WSBA No. 60871 | 701 Fifth Avenue, Suite 6100 |
| 1015 Second Avenue, 10th Floor | Seattle, WA 98104 |
| Seattle, Washington 98104-1001 | Ph: (206) 903-8800 |
| Ph: (206) 625-8600 | Fax: (206) 903-8820 |
| Fax: (206) 625-0900 | fairchild.todd@dorsey.com |
| sfogg@corrcronin.com; | larsen.bright.shawn@dorsey.com |
| twilliams@corrcronin.com | |
| smccandless@corrcronin.com | *Attorneys for Plaintiffs Dong Gyu Park and Kyeong Hee Lee* |
| *Attorneys for Estate of Sung Lee Kim and Julia Y. Kim* | |

TOMLINSON BOMSZTYK RUSS

*(per email authority on 3/12/24)*
*s/ Blair M. Russ*
Blair M. Russ, WSBA #40374
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Ph: (206) 621-1871
Fax: (206) 621-9907
bmr@tbr-law.com

*Attorneys for Defendant Landmark Investment Construction Inc.*

STIPULATION AND ORDER
CANCELLING LIS PENDENS
(Cause No. 2:23-cv-00387-BJR) – Page 2

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

## ORDER

IT IS HEREBY ORDERED that the Lis Pendens filed by Plaintiffs in connection with this action and recorded in Whatcom County, Washington bearing recording number 2023-0301253 and regarding Assessors Property Tax Parcel number 370307 252499 0000, with Abbreviated Legal Description: Lot 1-8, Blk 5, Lots 1-15, blk 6, Francis Addn to Bellingham, b 1, p 69 (plat), is hereby canceled and released such that it no longer encumbers the property identified.

DATED this 14th day of March, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER
CANCELLING LIS PENDENS
(Cause No. 2:23-cv-00387-BJR) – Page 3

**Corr Cronin LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900