THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONG GYU PARK AND KYEONG HEE LEE, HUSBAND AND WIFE, AND THEIR MARITAL COMMUNITY,<br><br>Plaintiffs,<br><br>vs.<br><br>ESTATE OF SUNG LEE KIM and JULIA Y. KIM,; and LANDMARK INVESTMENT CONSTRUCTION, INC., a Washington for profit corporation,<br><br>Defendants. | CIVIL ACTION NO. 2:23-cv-00387-BJR<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41, all parties who have appeared in this action, by and through their undersigned counsel of record, hereby stipulate and agree that this action, and all claims and causes of action by Plaintiffs in this action, shall be dismissed with prejudice, and without fees or costs to any party. The parties jointly request entry of the Order below.

///

///

///

STIPULATED MOTION AND
ORDER OF DISMISSAL – 1
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

SO STIPULATED this 1st day of July, 2024.

| CORR CRONIN LLP | DORSEY & WHITNEY LLP |
|---|---|
| *s/ Todd T. Williams*\* | *s/ Shawn Larsen-Bright* |
| Steven W. Fogg, WSBA No. 23528 | Shawn Larsen-Bright, WSBA #37066 |
| Todd T. Williams, WSBA No. 43052 | Todd S. Fairchild, WSBA #17654 |
| Spencer McCandless, WSBA No. 60871 | Dorsey & Whitney LLP |
| Corr Cronin LLP | 701 Fifth Avenue, Suite 6100 |
| 1015 Second Avenue, 10th Floor | Seattle, WA 98104 |
| Seattle, Washington 98104-1001 | Telephone: (206) 903-8800 |
| Telephone: (206) 625-8600 | Facsimile: (206) 903-8820 |
| Facsimile: (206) 625-0900 | Email: larsen.bright.shawn@dorsey.com |
| Email: sfogg@corrcronin.com | fairchild.todd@dorsey.com |
| twilliams@corrcronin.com | |
| smccandless@corrcronin.com | *Attorneys for Plaintiffs Dong Gyu Park and Kyeong Hee Lee* |
| *Attorneys for Defendants Estate of Sung Lee Kim and Julia Y. Kim* | |

\*Per email authority on 6/26/24

TOMLINSON BOMSZTYK RUSS

*s/ Blair M. Russ*\*\*
Blair M. Russ, WSBA #40374
Tomlinson Bomsztyk Russ
1000 Second Avenue, Suite 3660
Seattle, Washington 98104
Telephone: (206) 621-1871
Facsimile: (206) 621-9907
Email: bmr@tbr-law.com

*Attorneys for Defendant Landmark Investment Construction Inc.*

\*\*Per email authority on 7/1/24

STIPULATED MOTION AND
ORDER OF DISMISSAL – 2
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41 and the foregoing Stipulation, this action, and all claims and causes of action by Plaintiffs in this action, shall be and are hereby dismissed with prejudice, and without fees or costs to any party.

IT IS SO ORDERED this 15th day of July, 2024.

*Barbara J Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND
ORDER OF DISMISSAL – 3
No. 2:23-cv-00387-BJR

**DORSEY & WHITNEY LLP**
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820